UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNEL M. BAILEY,<br><br>    Petitioner,<br><br>v.<br><br>ROB ST. ANDRE,<br><br>    Respondent. | Case No. 2:23-cv-01228-TLN-JDP (HC)<br><br>**ORDER**<br><br>DENYING PETITIONER'S MOTION TO APPOINT COUNSEL<br><br>ECF No. 15 |

On November 7, 2023, respondent filed a motion to dismiss. ECF No. 13. When petitioner failed to timely file an opposition or statement of non-opposition, I issued an order to show cause for why this action should not be dismissed for petitioner's failure to prosecute. ECF No. 14. Petitioner has filed a response to the order to show cause, along with a motion for the appointment of counsel. ECF No. 15.

Petitioner explains that he is relying on a book entitled "The California Prisoners Handbook," but that the book does not provide for how to respond to a motion to dismiss. *Id.* at 1. While I understand that petitioner faces challenges as a pro se litigant, his status does not excuse his obligation to file either an opposition or a statement of non-opposition to respondent's motion to dismiss. However, in light of his pro se status, I will allow petitioner an additional thirty days to file a response to respondent's motion.

Petitioner has additionally requested the appointment of counsel. There is no absolute

1

right to appointment of counsel in habeas proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). And while 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require," *see* Rule 8(c), Fed. R. Governing § 2254 Cases, I do not find that the interests of justice would be served by the appointment of counsel presently.

Accordingly, IT IS HEREBY ORDERED:

1. Petitioner's request for appointment of counsel, ECF No. 15, is denied.

2. Petitioner is directed to file an opposition or statement of non-opposition to respondent's motion to dismiss within thirty days of this order's issuance.

3. Failure to comply with this order may result in the recommendation that this matter be dismissed.

IT IS SO ORDERED.

Dated:   March 12, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2